■ MICHAEL T. MURRAY, Respondent, v KELLY, MURRAY & BALBER, LLP, et al., Appellants. [833 NYS2d 896]—Appeal from or-

der and judgment (one paper), Supreme Court, New York County (Charles E. Ramos, J.), entered on or about March 7, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Gonzalez, Sweeny and Catterson, JJ.